IDA M. JARVIS, Appellant, v. ANNA S. SEES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

LETITIA KNAPP, Respondent, v. JOSEPH G. KNAPP, Appellant.— Judgment affirmed, with costs. No opinion. Stapleton, Mills, Rich and Putnam, JJ., concurred.

LOUISA KROMM, as Administratrix, etc., of CHRISTIAN HANSEL, Deceased, Appellant, v. SOPHIE MEYER, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

IGNATZ MARTIN, Respondent, v. LEVERETT F. CRUMB, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

HEZEKIAH MERRITT, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment of the County Court of Westchester county and that of the justice of the peace reversed, with costs, upon the ground that no negligence of the defendant was proven. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

FRANK MORRISSEY, Appellant, v. HENRY LOEFFLER, Respondent, and CHARLES W. BLAKE, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

MARY MUNRO, Respondent, v. GEORGE POWERS, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the plaintiff is not in default in payment of costs. (Code Civ. Proc. § 779.) Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

ELIZABETH MURDOCK, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

MARTIN NOLAN, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

JAMES J. O'BRIEN, Appellant, v. EVA RUPPEL and Others, Respondents.— Judgment dismissing the complaint on the merits affirmed, with costs. (See *Hope* v. *Shevill*, 137 App. Div. 86.) Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL ADAMUCCIO, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and a new trial ordered, upon the ground that the evidence fails to establish defendant's guilt beyond a reasonable doubt. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.